ENG YEW WING, Appellant, v. UNITED STATES of America, Appellee.

CHAN YICK, Appellant, v. UNITED STATES of America, Appellee.

Nos. 6670, 6671.

Circuit Court of Appeals, Ninth Circuit.
Nov. 23, 1931.

Herbert C. Bryson, of Walla Walla, Wash., and Francis A. Garrecht, of Spokane, Wash., for appellants.

Roy C. Fox, U. S. Atty., and E. J. Farley, Asst. U. S. Atty., both of Spokane, Wash.

Before SAWTELLE, Circuit Judge, and NETERER and ST. SURE, District Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal in each of the above causes dismissed; mandates forthwith.